LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Marcy C. Priedeman (Bar No. 258505)
  Morgan E. Whitworth (Bar No. 304907)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

  Christopher S. Turner (*pro hac vice pending*)
*christopher.turner@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: +1.202.637.2200
Facsimile: +1.202.637.2201

Attorneys for Defendants IMPAX
LABORATORIES, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>Defendants. | CASE NO. 4:16-cv-06557-HSG<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND SCHEDULING ORDER |

1     WHEREAS, on February 15, 2017, the Court appointed New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund as Lead Plaintiff and approved Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel (ECF No. 29);

    WHEREAS, on April 17, 2017, Lead Plaintiff filed an amended class action complaint (the "Amended Complaint") (ECF No. 32); and

    WHEREAS, to the extent Defendants move to dismiss the Amended Complaint, the parties have negotiated a briefing schedule to govern briefing on any motion;

    IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel and subject to this Court's approval:

1. Defendants shall move against, answer, or otherwise respond to the Amended Complaint by June 1, 2017;

2. If Defendants move to dismiss, Lead Plaintiff may respond by July 17, 2017, and Defendants may reply by August 16, 2017.

**IT IS SO STIPULATED.**

| | |
|---|---|
| 1 | Dated: May 19, 2017 |

| | | |
|---|---|---|
| 2 | **ROBBINS GELLER RUDMAN &** | **LATHAM & WATKINS LLP** |
| 3 | **DOWD LLP** | |
| 4 | By: */s/ Luke O. Brooks* | By: */s/ Peter A. Wald* |
| 5 | Spencer A. Burkholz (Bar No. 147029) | Peter A. Wald (Bar No. 85705) |
|   | spenceb@rgrdlaw.com | peter.wald@lw.com |
| 6 | Luke O. Brooks (Bar No. 212802) | Marcy C. Priedeman (Bar No. 258505) |
|   | LukeB@rgrdlaw.com | marcy.priedeman@lw.com |
| 7 | Eric I. Niehaus (Bar No. 239023) | Morgan E. Whitworth (Bar No. 304907) |
|   | ericn@rgrdlaw.com | morgan.whitworth@lw.com |
| 8 | Angel P. Lau (Bar No. 286196) | 505 Montgomery Street, Suite 2000 |
| 9 | alau@rgrdlaw.com | San Francisco, CA 94111 |
|   | Jeffrey J. Stein (Bar No. 265268) | Tel: 415.391.0600 |
| 10 | jstein@rgrdlaw.com | Facsimile: 415.395.8095 |
| 11 | 655 West Broadway, Suite 1900 | |
|   | San Diego, CA 92101 | Christopher S. Turner (*pro hac vice pending*) |
| 12 | Tel: 619.231.1058 | christopher.turner@lw.com |
|   | Facsimile: 619.231.7423 | 555 Eleventh Street, NW |
| 13 | | Suite 1000 |
|   | *Counsel for Lead Plaintiff* | Washington, D.C. 20004 |
| 14 | | Tel: 202.637.2200 |
| 15 | | *Counsel for Defendants* |

16 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

20  DATED: May 22, 2017

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

**ECF ATTESTATION**

In accordance with Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories hereto.

Dated: May 19, 2017                 LATHAM & WATKINS LLP

By      */s/ Peter A. Wald*