LATHAM & WATKINS LLP
   Peter A. Wald (Bar No. 85705)
   Marcy C. Priedeman (Bar No. 258505)
   Morgan E. Whitworth (Bar No. 304907)
*peter.wald@lw.com*
*marcy.priedeman@lw.com*
*morgan.whitworth@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

   Christopher S. Turner (*admitted pro hac vice*)
*christopher.turner@lw.com*
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201

Attorneys for Defendants IMPAX
LABORATORIES, INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>       v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>                    Defendants. | CASE NO. 4:16-cv-06557-HSG<br><br><u>CLASS ACTION</u><br><br>DEFENDANTS' ADMINISTRATIVE MOTION TO STRIKE PLAINTIFF'S IMPROPER STATEMENT OF RECENT DECISION OR, IN THE ALTERNATIVE, FOR LEAVE TO RESPOND TO THE ARGUMENTS CONTAINED THEREIN |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' ADMIN. MOT. TO STRIKE PLAINTIFF'S
IMPROPER STATEMENT OF RECENT DECISION
CASE NO. 4:16-cv-06557-HSG

On July 17, 2017, Plaintiff filed its Opposition to Defendants' Motion to Dismiss the Amended Complaint. Dkt. No. 52. Three weeks later, on August 7, Plaintiff filed a Statement of Recent Decision. Dkt. No. 54. Defendants respectfully request that the Court strike Plaintiff's improper Statement or, in the alternative, grant Defendants leave to file a two-page response to the arguments contained therein.[1]

Local Rule 7-3(a) provided Plaintiff with the opportunity to file an Opposition to Defendants' Motion to Dismiss—an opportunity that Plaintiff took. But the Local Rules do not permit Plaintiff to file any "additional memoranda, papers, or letters . . . without prior Court approval." Civ. L. R. 7-3(d). The only relevant exception is contained in Local Rule 7-3(d)(2), which provides:

> Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was filed by filing and serving a Statement of Recent Decision, containing a citation to and providing a copy of the new opinion–***without argument***.

Civ. L.R. 7-3(d)(2) (emphasis added). Plaintiff's Statement is replete with improper argument, including single-spaced bullet points containing an incomplete and misleading summary of the attached recent decision. *See* Dkt. No. 54 at 1-2.

Numerous courts in the Northern District, including this one, have taken a dim view of parties' attempts to convert statements of recent decisions into opportunities for additional argument. *See Innovative Sports Mgmt., Inc. v. Robles*, No. 13-CV-00660-LHK, 2014 WL 129308, at *1 n.2 (N.D. Cal. Jan. 14, 2014) ("The Court construes Defendants' filing as a statement of recent decisions pursuant to Civil Local Rule 7–3(d)(2) . . . . [but] strikes the first four paragraphs of the declaration accompanying the statement of recent decisions as those paragraphs contain improper argument on the instant motion[.]"); *McArdle v. AT&T Mobility LLC*, No. C 09-1117 CW, 2010 WL 2867305, at *4 (N.D. Cal. July 20, 2010) ("Civil Local Rule 7–3(d) permits the filing of a 'Statement of Recent Decision' without leave of the Court, so long as it is done 'without argument.' Because it was filed without leave, Plaintiff's three-page

---

[1] Defendants' proposed Response is attached as Exhibit A to this Motion.

1  submission, which contained argument, constitutes unauthorized briefing. . . . Accordingly, the
2  Court strikes Plaintiff's submission from the record[.]"); *see also* Order Denying Motion for
3  Leave to File Response to Defendant's Statement of Recent Decision, *Papasan v. Dometic*
4  *Corp.*, No. 4:16-cv-2117-HSG, Dkt. No. 77 (N.D. Cal. Aug. 4, 2017) (denying plaintiffs' motion
5  for leave to file argumentative response to defendant's non-argumentative Statement of Recent
6  Decision).
7       In view of this clear violation of the Local Rules, Defendants respectfully request that the
8  Court strike Plaintiff's argumentative and improper Statement of Recent Decision or, in the
9  alternative, grant Defendants leave to file the attached two-page response to the arguments
10 contained therein.

12 Dated:  August 16, 2017      Respectfully submitted,

**LATHAM & WATKINS LLP**

By: */s/ Peter A. Wald*

Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
Morgan E. Whitworth (Bar No. 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Facsimile: 415.395.8095

Christopher S. Turner (*admitted pro hac vice*)
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004
Tel: 202.637.2200
Facsimile:  202.637.2201

*Attorneys for Defendants IMPAX
LABORATORIES, INC., et al.*

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DEFS.' ADMIN. MOT. TO STRIKE PLAINTIFF'S
IMPROPER STATEMENT OF RECENT DECISION
CASE NO. 4:16-cv-06557-HSG