UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GREG FLEMING,

           Plaintiff,

    v.

IMPAX LABORATORIES INC., et al.,

           Defendants.

Case No. 16-cv-06557-HSG

**SCHEDULING ORDER**

By order dated September 7, 2018, the Court dismissed Plaintiff's Amended Complaint and provided Plaintiff 28 days to file a second amended complaint. Dkt. No. 66 at 11. The parties submitted a joint proposal on September 17, 2018 which included a proposed schedule for Plaintiff to file a second amended complaint, for any responsive pleadings to the second amended complaint, and a briefing schedule in the event that Defendants move to dismiss the second amended complaint. Dkt. No. 67. Having considered the parties' proposal, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16:

| Event | Date |
|---|---|
| Second Amended Complaint | October 26, 2018 |
| Defendants' Motion to Dismiss or Answer | December 6, 2018 |
| Plaintiff's Opposition | January 17, 2019 |
| Defendants' Reply | February 7, 2019 |

\\

\\

\\

\\

\\

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with the Court's Civil Pretrial and Trial Standing Order. This order terminates Dkt. No. 67.

**IT IS SO ORDERED.**

Dated: 9/18/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge