LATHAM & WATKINS LLP
  Peter A. Wald (Bar No. 85705)
  Marcy C. Priedeman (Bar No. 258505)
  Morgan E. Whitworth (Bar No. 304907)
peter.wald@lw.com
marcy.priedeman@lw.com
morgan.whitworth@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: 415.391.0600
Facsimile: 415.395.8095

  Christopher S. Turner (*admitted pro hac vice*)
christopher.turner@lw.com
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004-1304
Telephone: 202.637.2200
Facsimile: 202.637.2201

Attorneys for Defendants IMPAX
LABORATORIES, INC., et al.

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>    Defendants. | CASE NO. 4:16-cv-06557-HSG<br><br><u>CLASS ACTION</u><br><br>STIPULATION AND ORDER CONTINUING MARCH 21, 2019 HEARING DATE PURSUANT TO CIVIL LOCAL RULE 6-2<br><br>Hon. Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER CONTINUING
HEARING DATE
CASE NO. 4:16-cv-06557-HSG

**WHEREAS**, Defendants Impax Laboratories, LLC (formerly known as Impax Laboratories, Inc.), George Frederick Wilkinson, Dr. Larry Hsu, Dr. Carole Ben-Maimon, and Bryan M. Reasons ("Defendants") moved to dismiss the Second Amended Complaint of Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("Plaintiff") on December 6, 2018;

**WHEREAS**, Defendants noticed a hearing date of March 21, 2019, in their motion to dismiss;

**WHEREAS**, an unavoidable scheduling conflict has arisen for lead counsel for Defendants that will prevent him from being able to attend the hearing as currently scheduled;

**WHEREAS**, counsel for Defendants has conferred with counsel for Plaintiff regarding this scheduling conflict, and Plaintiff's counsel has stated that they do not oppose the requested continuance and are available to attend a hearing on May 2, 2019;

**WHEREAS**, counsel for Defendants has confirmed that May 2, 2019, is an available hearing date according to the Court's online case calendar;

**WHEREAS**, no other case deadlines have been set by the Court and, therefore, the continuance of the hearing will have no impact on the schedule for the case.

It is therefore **STIPULATED** and **AGREED**, subject to Court approval, that the hearing on Defendants' motion to dismiss shall be continued from March 21, 2019, to May 2, 2019.

Dated: January 24, 2019

**LATHAM & WATKINS LLP**

By: /s/ Peter A. Wald
Peter A. Wald (Bar No. 85705)
Marcy C. Priedeman (Bar No. 258505)
Morgan E. Whitworth (Bar No. 304907)
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: 415.391.0600
Facsimile: 415.395.8095

1

| | |
|---|---|
| 1 | Christopher S. Turner (*admitted pro hac vice*) |
| 2 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004 |
| 3 | Tel: 202.637.2200 |
| | Facsimile: 202.637.2201 |
| 4 | |
| | *Counsel for Defendants* |
| 5 | |
| | **ROBBINS GELLER RUDMAN & DOWD** |
| 6 | **LLP** |
| 7 | |
| | By: /s/ Eric I. Niehaus |
| 8 | SPENCER A. BURKHOLZ (Bar No. 147029) |
| | LUKE O. BROOKS (Bar No. 212802) |
| 9 | ERIC I. NIEHAUS (Bar No. 239023) |
| | ANGEL P. LAU (Bar No. 286196) |
| 10 | JEFFREY J. STEIN (Bar No. 265268) |
| 11 | 655 West Broadway, Suite 1900 |
| | San Diego, CA 92101 |
| 12 | Telephone: 619/231-1058 |
| | 619/231-7423 (fax) |
| 13 | |
| | SHAWN A. WILLIAMS (Bar No. 213113) |
| 14 | Post Montgomery Center |
| 15 | One Montgomery Street, Suite 1800 |
| | San Francisco, CA 94104 |
| 16 | Telephone: 415/288-4545 |
| | 415/288-4534 (fax) |
| 17 | |
| | SAMUEL H. RUDMAN (Bar No. 2564680) |
| 18 | 58 South Service Road, Suite 200 |
| 19 | Melville, NY 11747 |
| | Telephone: 631/367-7100 |
| 20 | 631/367-1173 (fax) |
| 21 | *Lead Counsel for Plaintiff* |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

# SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED: January 24, 2019

/s/ *Peter A. Wald*
Peter A. Wald (Bar No. 85705)

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 25, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION AND ORDER CONTINUING
HEARING DATE
CASE NO. 4:16-cv-06557-HSG