1  ROBBINS GELLER RUDMAN
      & DOWD LLP
2  SHAWN A. WILLIAMS (213113)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  shawnw@rgrdlaw.com
           – and –
6  SPENCER A. BURKHOLZ (147029)
   LUKE O. BROOKS (212802)
7  ERIC I. NIEHAUS (239023)
   ANGEL P. LAU (286196)
8  JEFFREY J. STEIN (265268)
   655 West Broadway, Suite 1900
9  San Diego, CA  92101
   Telephone: 619/231-1058
10 619/231-7423 (fax)
   spenceb@rgrdlw.com
11 lukeb@rgrdlaw.com
   eniehaus@rgrdlaw.com
12 alau@rgrdlaw.com
   jstein@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>IMPAX LABORATORIES INC., et al.,<br><br>　　　　　　　　Defendants. | Case No. 4:16-cv-06557-HSG<br><br>CLASS ACTION<br><br>ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR PERMISSION TO FILE A STATEMENT OF RECENT DECISION |

1       On May 20, 2019, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("plaintiff") respectfully moved for permission to file a statement of recent decision in support of its January 17, 2019 Memorandum of Points and Authorities in Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 73). The Court, having considered the papers filed, hereby grants plaintiff's administrative motion to file a statement of recent decision. The statement should not include any argument.

      IT IS SO ORDERED.

DATED: May 21, 2019

                                            THE HONORABLE HAYWOOD S. GILLIAM, JR.
                                            UNITED STATES DISTRICT JUDGE