UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>IMPAX LABORATORIES INC., et al.,<br><br>Defendants. | Case No. 4:16-cv-06557-HSG<br><br><u>CLASS ACTION</u><br><br>ORDER DENYING PLAINTIFF'S ADMINISTRATIVE MOTION REQUESTING PERMISSION TO FILE A STATEMENT OF RECENT DECISION |

On August 7, 2019, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund ("plaintiff") respectfully moved for permission to file a statement of recent decision in support of its January 17, 2019 Memorandum of Points and Authorities in Opposition to Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 73). The Court, having considered the papers filed, hereby denies plaintiff's administrative motion to file a statement of recent decision.

IT IS SO ORDERED.

DATED: 8/8/2019

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

DENIED
*Haywood S. Gilliam Jr.*
Judge Haywood S. Gilliam Jr.