UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG FLEMING, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>IMPAX LABORATORIES INC., et al.,<br><br>    Defendants. | Case No. 16-cv-06557-HSG<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING FOR MOTION TO INTERVENE AND MOTION TO DISMISS**<br><br>Re: Dkt. Nos. 93, 95, 96 |

A case management conference was held on April 20, 2021. Having considered the parties' proposals for a briefing schedule and hearing for the pending Motion to Intervene and Motion to Dismiss, *see* Dkt. No. 95, the Court **ORDERS** as follows:

1. Defendants shall file any opposition to the Motion to Intervene and Lead Plaintiff shall file any opposition to the Motion to Dismiss by May 17, 2021.

2. Lead Plaintiff and Sheet Metal Workers' Fund shall file any reply in support of their Motion to Intervene and Defendants shall file any reply in support of their Motion to Dismiss by May 31, 2021.

3. The Court **RESETS** the hearing date for both motions for July 1, 2021 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: 4/22/2021

                                                HAYWOOD S. GILLIAM, JR.
                                                United States District Judge