| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Peter A. Wald (Bar No. 85705) |
| 2 |    Morgan E. Whitworth (Bar No. 304907) |
| | *peter.wald@lw.com* |
| 3 | *morgan.whitworth@lw.com* |
| | 505 Montgomery Street, Suite 2000 |
| 4 | San Francisco, CA 94111-6538 |
| | Telephone: 415.391.0600 |
| 5 | Facsimile: 415.395.8095 |
| 6 |    Christopher S. Turner (*admitted pro hac vice*) |
| |    Riley T. Keenan (*admitted pro hac vice*) |
| 7 | *christopher.turner@lw.com* |
| | *riley.keenan@lw.com* |
| 8 | 555 Eleventh Street, NW, Suite 1000 |
| | Washington, D.C. 20004-1304 |
| 9 | Telephone: 202.637.2200 |
| | Facsimile: 202.637.2201 |
| 10 | |
| | Attorneys for Defendants |
| 11 | *Impax Laboratories, LLC, Carole Ben-Maimon,* |
| | *Larry Hsu, Bryan M. Reasons, and George* |
| 12 | *Frederick Wilkinson* |
| 13 | *Additional Counsel on Signature Page* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>v.<br><br>IMPAX LABORATORIES, INC., et al.,<br><br>            Defendants, | CASE NO. 4:16-cv-06557-HSG<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND ORDER CONTINUING DEADLINES FOR REPLIES IN SUPPORT OF MOTION TO INTERVENE AND MOTION TO DISMISS** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER
CONTINUING REPLY DEADLINE
CASE NO. 4:16-cv-06557-HSG

| | |
|---|---|
| 1 | **WHEREAS**, this is a putative securities class action filed by Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund against Defendants Impax Laboratories, LLC (formerly known as Impax Laboratories, Inc.)[1], George Frederick Wilkinson, Larry Hsu, Bryan M. Reasons, and Carole Ben-Maimon (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"); |

**WHEREAS**, this is a putative securities class action filed by Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund against Defendants Impax Laboratories, LLC (formerly known as Impax Laboratories, Inc.)[1], George Frederick Wilkinson, Larry Hsu, Bryan M. Reasons, and Carole Ben-Maimon (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties");

**WHEREAS**, on April 1, 2021, this action was remanded from the Ninth Circuit;

**WHEREAS**, on April 5, 2021, Lead Plaintiff and putative intervenor Sheet Metal Workers' Pension Plan of Southern California, Arizona & Nevada ("Sheet Metal Workers' Fund") jointly moved to allow Sheet Metal Workers' Fund to intervene as an additional named plaintiff to represent the class (Dkt. No. 93);

**WHEREAS**, on April 19, 2021, Defendants filed a motion to dismiss the Second Amended Complaint (Dkt. No. 96);

**WHEREAS**, on April 20, 2021, the Court held a case management conference;

**WHEREAS**, On April 22, 2021, the Court entered an Order Setting Briefing Schedule and Hearing for the Motion to Intervene and Motion to Dismiss (Dkt. No. 98). Pursuant to the Parties' Proposed Schedule, (Dkt. No. 95), the Court set May 31, 2021 as the deadline for Lead Plaintiff and Sheet Metal Workers' Fund to file a reply in support of Sheet Metal Workers' Fund's motion to intervene, and Defendants to file a reply in support of their motion to dismiss;

**WHEREAS**, given that May 31, 2021 is a federal holiday, the parties respectfully submit that good cause exists to move the deadline for these replies to Tuesday, June 1, 2021;

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that:

1. Lead Plaintiff and Sheet Metal Workers' Fund shall file any reply in support of Sheet Metal Workers' Fund's motion to intervene, and Defendants shall file any reply in support of their motion to dismiss, on or before June 1, 2021.

---

[1] As described further in Impax's Amended Certification of Interested Entities, ECF No. 70, Impax is now a wholly-owned subsidiary of Amneal Pharmaceuticals LLC.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND ORDER
CONTINUING REPLY DEADLINE
CASE NO. 4:16-cv-06557-HSG

| | | |
|---|---|---|
| 1 | Dated: May 25, 2021 | Respectfully submitted, |
| 2 | | **LATHAM & WATKINS LLP** |
| 3 | | |
| 4 | | By: /s/ *Peter A. Wald*<br>Peter A. Wald (Bar No. 85705) |
| 5 | |  peter.wald@lw.com<br>Morgan E. Whitworth (Bar No. 304907) |
| 6 | |  morgan.whitworth@lw.com<br>505 Montgomery Street, Suite 2000 |
| 7 | | San Francisco, CA 94111<br>Telephone: 415.391.0600 |
| 8 | | Facsimile: 415.395.8095 |
| 9 | | Christopher S. Turner (*admitted pro hac vice*)<br> christopher.turner@lw.com<br>Riley T. Keenan (*admitted pro hac vice*) |
| 10 | |  riley.keenan@lw.com<br>555 Eleventh Street, NW, Suite 1000 |
| 11 | | Washington, D.C. 20004<br>Telephone: 202.637.2200 |
| 12 | | Facsimile: 202.637.2201 |
| 13 | | *Counsel for Defendants Impax Laboratories,* |
| 14 | | *LLC, Carole Ben-Maimon, Larry Hsu, Bryan M.*<br>*Reasons, and George Frederick Wilkinson.* |
| 15 | | |
| 16 | DATED: May 25, 2021 | ROBBINS GELLER RUDMAN & DOWD LLP |
| 17 | | By: /s/ *Erika Oliver* |
| 18 | | Spencer A. Burkholz<br>Luke O. Brooks |
| 19 | | Eric I. Niehaus<br>Angel P. Lau |
| 20 | | Jeffrey J. Stein<br>Erika Oliver |
| 21 | | Natalie F. Lakosil |
| 22 | | 655 West Broadway, Suite 1900<br>San Diego, CA 92101 |
| 23 | | Telephone: 619/231-1058<br>619/231-7423 (fax) |
| 24 | | |
| 25 | | Shawn A. Williams<br>Post Montgomery Center |
| 26 | | One Montgomery Street, Suite 1800<br>San Francisco, CA 94104 |
| 27 | | Telephone: 415/288-4545<br>415/288-4534 (fax) |
| 28 | | Samuel H. Rudman |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND ORDER
CONTINUING REPLY DEADLINE
CASE NO. 4:16-cv-06557-HSG

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)

*Lead Counsel for Plaintiff*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Peter A. Wald, attest that concurrence in the filing of this document has been obtained.

DATED: May 25, 2021        /s/ *Peter A. Wald*
                           Peter A. Wald (Bar No. 85705)

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. AND ORDER
CONTINUING REPLY DEADLINE
CASE NO. 4:16-cv-06557-HSG

PURSUANT TO THE FOREGOING STIPULATION, **IT IS SO ORDERED.**

DATED: 5/26/2021

*Haywood S. Gilliam, Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND ORDER
CONTINUING REPLY DEADLINE
CASE NO. 4:16-cv-06557-HSG