ROBBINS GELLER RUDMAN
  &amp; DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
SPENCER A. BURKHOLZ (147029)
THEODORE J. PINTAR (131372)
LUKE O. BROOKS (212802)
ERIC I. NIEHAUS (239023)
ANGEL P. LAU (286196)
JEFFREY J. STEIN (265268)
ERIKA OLIVER (306614)
NATALIE F. LAKOSIL (322836)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlw.com
lukeb@rgrdlaw.com
eniehaus@rgrdlaw.com
alau@rgrdlaw.com
jstein@rgrdlaw.com
eoliver@rgrdlaw.com
nlakosil@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>   vs.<br><br>IMPAX LABORATORIES INC., et al.,<br><br>                  Defendants. | Case No. 4:16-cv-06557-HSG<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION FOR AN EARLIER HEARING DATE ON PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT |

1  On August 11, 2021, Lead Plaintiff New York Hotel Trades Council & Hotel Association of New York City, Inc. Pension Fund and proposed class representative Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("plaintiffs") respectfully moved for an earlier hearing date on their Unopposed Motion for Preliminary Approval (ECF No. 110).  The Court, having considered the papers filed, hereby grants plaintiffs' administrative motion, and reschedules the hearing previously set for November 4, 2021 to October 14, 2021, at 2:00 p.m.

IT IS SO ORDERED.

DATED:  August 12, 2021

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE