ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
      – and –
SPENCER A. BURKHOLZ (147029)
THEODORE J. PINTAR (131372)
LUKE O. BROOKS (212802)
ERIC I. NIEHAUS (239023)
JEFFREY J. STEIN (265268)
ERIKA OLIVER (306614)
NATALIE F. LAKOSIL (322836)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlw.com
tedp@rgrdlaw.com
lukeb@rgrdlaw.com
eniehaus@rgrdlaw.com
jstein@rgrdlaw.com
eoliver@rgrdlaw.com
nlakosil@rgrdlaw.com

Lead Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GREG FLEMING, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>  vs.<br><br>IMPAX LABORATORIES INC., et al.,<br><br>                Defendants. | Case No. 4:16-cv-06557-HSG<br><br><u>CLASS ACTION</u><br><br>ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS FOR THEIR MOTION FOR: (1) FINAL APPROVAL OF CLASS ACTION SETTLEMENT; (2) APPROVAL OF PLAN OF ALLOCATION; (3) AWARD OF ATTORNEYS' FEES AND EXPENSES; AND (4) AWARDS TO PLAINTIFFS PURSUANT TO 15 U.S.C. §78u-4(a)(4) |

1     Having considered Plaintiffs' Unopposed Administrative Motion to Exceed Page Limits for their Motion for: (1) Final Approval of Class Action Settlement; (2) Approval of Plan of Allocation; (3) Award of Attorneys' Fees and Expenses; and (4) Awards to Plaintiffs Pursuant to 15 U.S.C. §78u-4(a)(4) and their Memorandum of Points and Authorities in Support Thereof (the "Final Approval Motion"), the Court GRANTS Plaintiffs' administrative motion. Plaintiffs are permitted to file their Final Approval Motion ten pages in excess of the Court's page limits under Civil Local Rule 7-2(b) (*i.e.*, the Final Approval Motion is not to exceed 35 pages).

IT IS SO ORDERED.

DATED:  1/13/2022

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE